# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Schiavelli, George P | U.S. Dist. Ct., C.D., Calif. | 09/11/2008 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. District Judge | ☐ Nomination, Date<br>☐ Initial ☑ Annual ☐ Final<br>**5b.** ☐ Amended Report | 01/01/2007<br>to<br>12/31/2007 |

| 7. Chambers or Office Address | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. |
|---|---|
| United States Courthouse<br>312 North Spring Street<br>Los Angeles, Calif. 90012 | Reviewing Officer_____ Date_____ |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. General Partner | Fabulous MOOLA Brothers (An investment club of 11 friends who meet monthly to make investment decisions.) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 2004 | Reed Smith Profit Sharing Plan. My share of the plan assets are frozen in cash were rolled into an IRA Account in 2006. |
| 2. | |
| 3. | |

RECEIVED
2008 SEP 12 A 11: 25
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Maryland Bank N.A. | Credit Cards | K |
| 2. | American Express | Credit Cards | J |
| 3. | Citibank | Credit Cards | J |
| 4. | Bank of America | Credit Cards | J |
| 5. | City National Bank | Credit Cards | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. City National Securities Trust Account. (Assets Below) | D | Dividend | N | T | | | | | |
| 2. Intel Corp. | A | Dividend | K | T | | | | | |
| 3. American Electric Power Co. | A | Dividend | K | T | | | | | |
| 4. Dominion Resources Inc. | A | Dividend | J | T | | | | | |
| 5. LA Cy. Public Works | B | Interest | K | T | | | | | |
| 6. Ca. ST G O Bonds | A | Interest | J | T | | | | | |
| 7. Fed. Home Ln Bks | | None | K | T | | | | | |
| 8. Fed. Natl MTG Assoc. | B | Interest | K | T | | | | | |
| 9. Fed. Home Ln. Bk Cons. Bd | | None | K | T | | | | | |
| 10. Fed. Home Ln BKS Cons. Bd | A | Dividend | K | T | | | | | |
| 11. CNB IRA Account (Assets Below) | | None | M | T | | | | | |
| 12. Large Cap Value Fund | A | Dividend | L | T | | | | | |
| 13. Large Cap Growth Fund | A | Dividend | L | T | | | | | |
| 14. Small Cap Growth Fund | A | Dividend | J | T | | | | | |
| 15. Small Cap Value Fund | A | Dividend | J | T | | | | | |
| 16. International Equity Fund | A | Dividend | K | T | | | | | |
| 17. Emerging Markets Equity Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18.  Core Fixed Income Fund | A | Dividend | J | T | | | | | |
| 19.  International Fixed Income Fund | A | Dividend | J | T | | | | | |
| 20.  Emerging Markets Debt Fund | A | Dividend | J | T | | | | | |
| 21.  High Yield Bond Fund | A | None | J | T | | | | | |
| 22.  CNB Insured Money Market | A | None | K | T | | | | | |
| 23.  Goldman Sachs Treasury Instruments Fund | | None | J | T | | | J | | |
| 24.  CNI Charter Corp. Bond Fund | | None | K | T | | | K | | |
| 25.  MOOLA Bros. (Investment Club-Partnership-Assets Below) | F | Dividend | L | T | | | | | |
| 26.  Anderson's Inc. | | | | | | | | | |
| 27.  Berkshire Hathaway, Inc. | | | | | | | | | |
| 28.  EBAY | | | | | Sell | 05/14 | J | | |
| 29.  Electronics Arts | | | | | Sell | 08/21 | J | | |
| 30.  Granite Const. Inc. | | | | | Sell | 04/11 | J | | |
| 31.  General Maritime Corp. | | | | | | | | | |
| 32.  IAC Interactive | | | | | Sell | 09/17 | J | | |
| 33.  India Fund | | | | | | | | | |
| 34.  Lexicon Pharm., Inc. | | | | | Sell | 07/25 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Southern Copper Corp. | | | | | Sell | 11/19 | J | | |
| 36. Thor Industries | | | | | Sell | 02/22 | | | |
| 37. Freeport-McMoran Copper & Gold | | | | | | | | | |
| 38. Archer Daniels Midland Co. | | | | | | | | | |
| 39. Pacific Ethanol, Inc. | | | | | | | | | |
| 40. Gabelli Gold Fund | | | | | | | | | |
| 41. United Technologies, Corp. | | | | | | | | | |
| 42. QQQQ (Nasdaq 100 Trust Series) | | | | | | | | | |
| 43. Enerplus Res. Fund (NYSE:ERF) | | | | | | | | | |
| 44. Enerplus Res. Fund (NYSE:ERF) | | | | | | | | | |
| 45. Toyota Motor CP ADS | | | | | | | | | |
| 46. Vanguard TTL Vipers | | | | | | | | | |
| 47. ING. IRA Account (Assets listed below) | | None | M | T | | | | | |
| 48. ING. VP Balncd P(R) | | | K | T | | | | | |
| 49. ING SalBroAggr GR-1 | | | K | T | | | | | |
| 50. Fidelity VIP: Eq. Inc. | | | L | T | | | | | |

1. Income Gain Codes:     A =$1,000 or less     B =$1,001 - $2,500     C =$2,501 - $5,000     D =$5,001 - $15,000     E =$15,001 - $50,000
(See Columns B1 and D4)     F =$50,001 - $100,000     G =$100,001 - $1,000,000     H1 =$1,000,001 - $5,000,000     H2 =More than $5,000,000
2. Value Codes     J =$15,000 or less     K =$15,001 - $50,000     L =$50,001 - $100,000     M =$100,001 - $250,000
(See Columns C1 and D3)     N =$250,001 - $500,000     O =$500,001 - $1,000,000     P1 =$1,000,001 - $5,000,000     P2 =$5,000,001 - $25,000,000
     P3 =$25,000,001 - $50,000,000     P4 =More than $50,000,000
3. Value Method Codes     Q =Appraisal     R =Cost (Real Estate Only)     S =Assessment     T =Cash Market
(See Column C2)     U =Book Value     V =Other     W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Schiavelli, George P | 09/11/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544